7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Catherine Toy Kufahl
*Debtor*

*Bankruptcy Case No.*
10–43892–abf7

**Jerald S. Enslein, Trustee**
   Plaintiff(s)

*Adversary Case No.*
13–04201–abf

v.

**Thomas Edward Wolfe**
**Sarah E Wolfe**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: In accordance with the Stipulated and Agreed Order entered by the court on 2/28/2014(Doc. No. 12), Consent Judgment is hereby entered in Favor of Trustee as to Defendant Sarah E. Wolfe, and Judgment by Default in favor of the Trustee, and against Defendant Thomas Edward Wolfe.

                                                Ann Thompson
                                                Court Executive

                                                By: /s/ Sharon Greene
                                                    Deputy Clerk



Date of issuance: 2/28/14

Court to serve